HARRY M. BESOSA y F. J. PÉREZ ALMIROTY, peticionarios, *v.* TRIBUNAL SUPERIOR DE PUERTO RICO, SALA DE SAN JUAN, HON. PABLO J. SANTIAGO LAVANDERO, demandado, SOCIEDAD PARA LA PROTECCIÓN Y DEFENSA DEL NIÑO, interventora.

Número 2186.

*Sometido:* 5 de marzo de 1956. *Resuelto:* 21 de marzo de 1957.

*Francisco Ponsa Feliú,* abogado del peticionario Sr. Besosa; *Alberto Picó Santiago, José A. Suro* y *Carlos A. Vázquez,* abogados del peticionario Pérez Almiroty; *P. J. Santiago Lavandero,* Juez del Tribunal demandado, *pro se; Francisco M. Susoni, hijo,* abogado de la interventora.

## SENTENCIA

San Juan, Puerto Rico, a 21 de marzo de 1957.

Considerada la solicitud de *certiorari,* examinados los autos elevados y estudiadas las cuestiones planteadas por las partes, este Tribunal es de opinión que no apareciendo de dichos autos que se cometiera fraude alguno, debe anularse y dejarse sin efecto, como así se decreta, la orden para mostrar causa dictada por el tribunal recurrido en el caso Civil

50-768, *Federico J. Pérez Almiroty* v. *La Sociedad Para la Protección y Defensa del Niño*, sobre Cobro de Cantidad, con fecha 6 de mayo. de 1955.

Así lo pronunció y manda el Tribunal y firma el señor Juez Presidente. Los Jueces Asociados señores Negrón Fernández, Belaval y Saldaña no intervinieron.

(Fdo.) A. C. SNYDER,
*Juez Presidente,*

Certifico:
(Fdo.) IGNACIO RIVERA,
*Secretario.*